```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                          Case No. 12-14465-elf
Patricia A Gibson                                               Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: PaulP                 Page 1 of 3                  Date Rcvd: Jul 31, 2017
                              Form ID: 138NEW             Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2017.
db             +Patricia A Gibson,    166 E. Mayland Street,    Philadelphia, PA 19144-2021
12749887       ++AARON S INC,    PO BOX 100039,    KENNESAW GA 30156-9239
                 (address filed with court: Aaron's Inc.,      309 E. Paces Ferry Rd,    Atlanta, GA 30305)
12749888       +Aaron's Inc.,    2623 Dawson Rd.,    Albany, GA 31707-1608
12852295        American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12749891       +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
12779264       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: FIA CARD SERVICES, N.A.,      PO Box 15102,
                 Wilmington, DE 19886-5102)
12868763        BANK OF AMERICA, N.A.,    P.O. Box 660933,    Dallas, Texas 75266-0933
12776559       +BANK OF AMERICA, N.A.,    c/o ANN E. SWARTZ,    McCabe, Wesberg & Conway, P.C.,
                 123 South Broad Street, Suite 2080,     Philadelphia, PA 19109-1031
12749894       +Bank Of America, N.A.,    450 American St,    Simi Valley, CA 93065-6285
12871247       +Bank of America NA,    c/o Margaret Gairo,    123 S. Broad St., Ste. 2080,
                 Phila., PA 19109-1031
12749898       ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
                 (address filed with court: Citifinancial,     300 Saint Paul Pl,    Baltimore, MD 21202)
12749897       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
12749902       +Gtwy/Cbna,   811 East 10th Street,     Sioux Falls, SD 57103-1647
12749904       ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
                 (address filed with court: Hsbc/Vlcty,     Po Box 15524,    Wilmington, DE 19850)
12749903       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
12749906       +Marc Shipon,    Ruch & Shipon, PC,    710 E. Johnson Highway,    Norristown, PA 19401-3110
12749907       +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
12757938       +Midland Credit Management, Inc.,     2365 Northside Dr., Ste. 300,    San Diego, CA 92108-2709
13566388       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,      ATTN: Bankruptcy Department,
                 PO Box 619096,   Dallas, TX 75261-9741)
13598598       +Nationstar Mortgage LLC,    c/o Joseph P. Schalk, Esq.,     Phelan Hallinan Diamond & Jones LLP,
                 1617 JFK Blvd., Ste. 1400,    One Penn Ctr. Plaza,    Phila., PA 19103-1823
13923084        Nationstar Mortgage LLC,    c/o Matteo S. Weiner, Esq.,     KML Market St., Ste. 5000,
                 Phila., PA 19106-1532
12749909       +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
12749911       +Recsolutions,    1001 West Main Str,    Lebanon, OH 45036-7211
12749912       +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
12832460       +VERIZON,    404 BROCK DR,    BLOOMINGTON, IL 61701-2654
12832466        VERIZON WIRELESS,    PO BOX 3397,    BLOOMINGTON, IL 61702-3397
12749913       +Wffnb/American Applian,    Po Box 94498,    Las Vegas, NV 89193-4498
12749914       +Wfnnb/Ny&C,    220 W Schrock Rd,    Westerville, OH 43081-2873
12793982       +phila gas works,    800 w montgomery ave,3f,    phila, pa 19122-2898,    attn bankruptcy unit

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Aug 01 2017 01:49:40      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 01 2017 01:48:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 01 2017 01:49:18      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 01 2017 02:03:08
                 Midland Funding LLC by American InfoSource LP as a,     Attn: Department 1,    PO Box 4457,
                 Houston, TX 77210-4457
cr              E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2017 01:53:26      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12749889       +E-mail/Text: aacbankruptcynotice@affiliated.org Aug 01 2017 01:49:44      Affiliated,
                 Po Box 790001,   Sunrise Beach, MO 65079-9001
12803995        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 01 2017 02:03:08
                 American InfoSource LP as agent for,    InSolve Recovery, LLC,    PO Box 269093,
                 Oklahoma City, OK 73126-9093
12806857        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 01 2017 02:03:08
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK 73126-8941
12749892       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 01 2017 01:48:56      Asset Acceptance Llc,
                 Po Box 1630,   Warren, MI 48090-1630
12766772       +E-mail/Text: bncmail@w-legal.com Aug 01 2017 01:49:04      BACK BOWL I LLC, SERIES C,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12749895       +E-mail/Text: notices@burt-law.com Aug 01 2017 01:49:56      Burton Neil & Assoc., P.C.,
                 Atten: Derek Blasker,    1060 Andrew Drive,    Suite 170,   West Chester, PA 19380-5601
12882215        E-mail/Text: bankruptcy@phila.gov Aug 01 2017 01:49:40      City of Philadelphia,
                 SchoolDistrict of Philadelphia,    Law Department - Tax Unit,    One Parkway Building,
                 1515 Arch Street, 15th Floor,    Philadelphia, PA 19102-1595
```

```
District/off: 0313-2          User: PaulP                 Page 2 of 3                   Date Rcvd: Jul 31, 2017
                              Form ID: 138NEW             Total Noticed: 52

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12749896       +E-mail/Text: bankruptcy@cavps.com Aug 01 2017 01:49:13      Cavalry Portfolio Serv,
                 7 Skyline Dr Ste 3,    Hawthorne, NY 10532-2162
12749899       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 01 2017 01:49:54      Credit Coll,
                 94 Wells Avenue,    Newton, MA 02459
12765704        E-mail/Text: mrdiscen@discover.com Aug 01 2017 01:48:17      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
12749900       +E-mail/Text: mrdiscen@discover.com Aug 01 2017 01:48:17      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
12903899        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2017 01:53:14      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12749905       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 01 2017 01:53:01      Lvnv Funding Llc,
                 Po Box 740281,    Houston, TX 77274-0281
12749908       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 01 2017 01:48:57      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13028263        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 01 2017 02:03:08      Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX 77210-4457
12781371        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2017 02:03:27
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
12749910       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2017 02:03:08
                 Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13447930        E-mail/PDF: rmscedi@recoverycorp.com Aug 01 2017 01:53:14
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            LVNV Funding LLC,    c/o Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
cr*           +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
cr*            Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
                 Houston, TX 77210-4457
cr*          ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   NATIONSTAR MORTGAGE, LLC,     Bankruptcy Department,
                 350 Highland Drive,    Lewisville, TX 75067)
13028264*      Midland Funding LLC,    by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX 77210-4457
13509570*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage LLC.,     PO Box 619096,    Dallas, TX 75261-9741)
12917421*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage, LLC,     Bankruptcy Department,
                 350 Highland Drive,    Lewisville, TX 75067)
12909705*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage, LLC,     Bankruptcy Dept,    350 Highland Dr,
                 Lewisville, TX 75067-4177)
12749890       ##+All State Insurance,    309 Lakeside Dr, Suite 100,    Horsham, PA 19044-2355
12749893       ##+Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
12749901       ##+Equable Ascent Financi,    1120 W Lake Cook Rd Ste,    Buffalo Grove, IL 60089-1970
                                                                                TOTALS: 0, * 8, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                            Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: PaulP              Page 3 of 3                  Date Rcvd: Jul 31, 2017
                              Form ID: 138NEW          Total Noticed: 52
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2017 at the address(es) listed below:

```
          ANDREW   SPIVACK    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC paeb@fedphe.com
          ANN E. SWARTZ    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com,
           ecfmail@mwc-law.com
          GEORGETTE  MILLER    on behalf of Debtor Patricia A Gibson info@georgettemillerlaw.com,
           georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
           rlaw.com;r50524@notify.bestcase.com
          JEROME B. BLANK    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC paeb@fedphe.com
          MARISA MYERS COHEN    on behalf of Creditor    BANK OF AMERICA, N.A. mcohen@mwc-law.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9
```

Case 12-14465-elf    Doc 97    Filed 08/02/17    Entered 08/03/17 01:14:19    Desc Imaged
Certificate of Notice    Page 3 of 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Patricia A Gibson
    Debtor(s)

Bankruptcy No: 12−14465−elf
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/31/17

96 – 95
Form 138_new