United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Patricia A Gibson  
       Debtor

Case No. 12-14465-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Randi      Page 1 of 1      Date Rcvd: Sep 08, 2017  
                       Form ID: 195      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.  
db            +Patricia A Gibson,    166 E. Mayland Street,    Philadelphia, PA 19144-2021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2017 at the address(es) listed below:

         ANDREW SPIVACK     on behalf of Creditor    NATIONSTAR MORTGAGE, LLC paeb@fedphe.com  
         ANN E. SWARTZ     on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com, ecfmail@mwc-law.com  
         GEORGETTE MILLER     on behalf of Debtor Patricia A Gibson info@georgettemillerlaw.com, georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemillerlaw.com;r50524@notify.bestcase.com  
         JEROME B. BLANK     on behalf of Creditor    NATIONSTAR MORTGAGE, LLC paeb@fedphe.com  
         MARISA MYERS COHEN     on behalf of Creditor    BANK OF AMERICA, N.A. mcohen@mwc-law.com  
         MATTEO SAMUEL WEINER     on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com  
         MATTHEW CHRISTIAN WALDT     on behalf of Creditor    NATIONSTAR MORTGAGE, LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com

                                                                                 TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Patricia A Gibson                                            : Case No. 12–14465–elf

       Debtor(s)

### *ORDER*
_____

AND NOW, this day , September 8, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court

102
Form 195